**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

**AMENDED**
**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1.  Civil Action number: <u>2:19-CV-210-Z-BR</u>

2.  Style of case: <u>LITTLE MIRACLES INTERNATIONAL, INC. vs JENNIFER GERTH</u>

3.  Nature of suit: <u>CONTRACT DISPUTE.</u>

4.  Method of ADR used:   **X Mediation**        ☐ Mini-Trial        ☐ Summary Jury Trial

5.  Date ADR session was held: <u>06/24/20</u>

6.  Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
    ☒ Settled as a result of ADR.               ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7.  What was your TOTAL fee: <u>$3200.00</u>

8.  Duration of ADR: <u>Full Day</u>  (i.e., one day, two hours)

9.  Please list persons in attendance (including party association, i.e., defendant, plaintiff):
    (Provider)

    Russell Schell, Esq., Pltf Counsel
    Tim Ryan, Esq., Pltf Counsel
    Kristin Mijares, Esq., Pltf Counsel
    Jonathan Little, Esq., Def Counsel
    Derrick Morgan, Esq., Def Counsel
    Ali Saeed, Esq., Def Counsel
    DANA MCARTHUR – Mediator

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /S/Dana McArthur

                                                    <u>July 10, 2020</u>
    Signature                                       Date

    <u>4514 Cole Avenue, Dallas, TX 75205-4181</u>         <u>(214)528-1411</u>
    Address                                         Telephone