IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LITTLE MIRACLES INTERNATIONAL, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:19-CV-210-Z-BR |
| JENNIFER GERTH, | § § § | |
| Defendant. | § § | |

## ORDER TO FILE JOINT STIPULATION OF DISMISSAL

On July 10, 2020, the mediator in this case, Dana McArthur, advised the Court that the parties have agreed to settle all claims. (ECF 12). The parties shall file a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure on or before **August 3, 2020**.

IT IS SO ORDERED.

ENTERED July 13, 2020.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE