IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**LITTLE MIRACLES INTERNATIONAL, INC.,**

    Plaintiff,

v.                                          Civil Case No. 2:19-cv-00210

**JENNIFER GERTH,**

    Defendant.

### JOINT STIPULATION OF DISMISSAL

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), **Little Miracles International, Inc.**, and **Jennifer Gerth**, the parties to the captioned action, hereby stipulate that the same is dismissed, with all costs of court, expenses, and attorneys' fees paid or to be paid by the party incurring same.

Dated: August 3, 2020

| | |
|---|---|
| _/s/ Timothy D. Ryan_ | _/s/ Jonathan Little_ |
| **RUSSELL W. SCHELL** | **JOHNATHAN LITTLE** |
| Texas Bar No. 17736800 | jon@sllawfirm.com |
| rschell@schellcooley.com | **DERRICK MORGAN** |
| **TIMOTHY D. RYAN** | derrick@sllawfirm.com |
| Texas Bar No. 17483600 | **SAEED & LITTLE, LLP** |
| tryan@schellcooley.com | #189-133 West Market Street |
| **SCHELL COOLEY RYAN CAMPBELL LLP** | Indianapolis, IN 46204 |
| 5057 Keller Springs Road, Suite 425 | 317-270-8882 |
| Addison, Texas 75001 | 888-422-3151 FAX |
| 214-665-2000 | **ATTORNEYS FOR JENNIFER GERTH** |
| 214-754-0060 FAX | |
| **ATTORNEYS FOR PLAINTIFF LITTLE MIRACLES INTERNATIONAL, INC.** | |

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

_____